JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN WHITAKER, | ) | Case No. CV 20-10112 FMO (JEMx) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ANOTHER PROJECT LLC, | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 6th day of January, 2021.

/s/
_____
Fernando M. Olguin
United States District Judge
